UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA ANN REDUS-TARCHIS, FREDRIC OLIVER, BONNIE OLIVER, and MICHAEL PATTI,<br><br>                Plaintiffs,<br>      v.<br><br>NEW YORK LIFE INVESTMENT MANAGEMENT LLC,<br><br>                Defendant. | **ORDER**<br>Cv. No. 14-7991 |

For the reasons expressed in the accompanying Opinion,

It is, on this 28th day of October, 2015,

ORDERED that:

    Defendant's motion to dismiss the second amended complaint under Federal Rule of Civil Procedure 12(b)(6), ECF No. 31, is hereby denied.

                                                Hon. William H. Walls
                                                United States Senior District Judge